UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. 23-mj-00296 (RMM) |
| | : | |
| v. | : | **UNDER SEAL** |
| | : | |
| GREGORY C. YETMAN, | : | |
| | : | |
| Defendant. | : | |
| | : | |

**GOVERNMENT'S MOTION FOR A LIMITED UNSEALING
TO RELEASE PUBLICALLY AN UNEXECUTED ARREST WARRANT**

The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby respectfully submits this Motion for a Limited Unsealing in order to make public an as-yet unexecuted arrest warrant for Gregory C. Yetman ("Yetman"). In support of this motion, the government states as follows:

On November 6, 2023, the Honorable Robin M. Meriweather issued an arrest warrant for Yetman based on a criminal complaint. On the same day, the Court granted the government's motion to seal the complaint affidavit and other related case materials, including the arrest warrant. The Court's order required the sealed filing of the criminal complaint, supporting affidavit, arrest warrant, and other related materials "until the arrest warrant is executed." Order at 2. Likewise, the Court's order directed the Clerk's office to "delay any entry on the public docket of the arrest warrant until it is executed." *Id*.

On Wednesday, November 8, 2023, federal law enforcement agents attempted to execute the arrest warrant for Yetman, at which time Yetman absconded. He is believed to be armed. For the past 28 hours, Yetman has evaded being taken into custody and the arrest warrant has not been executed at this time. Investigators are actively engaged in locating Yetman and are expending

1

significant resources to do so. To further facilitate those efforts and to enlist the assistance of the public in finding Yetman, the government respectfully requests that the Court unseal the arrest warrant so that the government may publicly disclose the existence of an active warrant for Yetman's arrest. For the reasons set forth in the government's initial sealing motion, the government asks that the Court leave intact the Court's November 6, 2023 sealing Order with respect to all other related case materials (including this motion and order) until the arrest warrant is executed or until further order of this Court.

    WHEREFORE, it is respectfully requested that this consent motion be granted.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:    /s/ Craig Estes
       CRAIG ESTES
       Assistant United States Attorney
       United States Attorney's Office for the District of Columbia (detailee)
       Massachusetts Bar No. 670370
       (617) 748-3100
       craig.estes@usdoj.gov