### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CRIMINAL NO. 23-mj-00296 (RMM)** |
| v. | : | <u>**UNDER SEAL**</u> |
| **GREGORY C. YETMAN,** | : | |
| Defendant. | : | |

### <u>ORDER</u>

Based on the United States' representations in the accompanying Motion for a Limited Unsealing, and for good cause shown, it is, this _____ day of November, 2023, hereby **ORDERED** that Motion for a Limited Unsealing is GRANTED, and the government is permitted to publicly release the arrest warrant for Gregory Yetman. Other than the arrest warrant, all other related case materials remain under seal pending execution of the arrest warrant and/or further order of this Court.

---

HON. G. MICHAEL HARVEY
U.S. MAGISTRATE JUDGE

1